```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

RICHARD CHRISTIAN,              :
                                :
    Plaintiff,                 :
                                :
vs.                             :   CIVIL ACTION 04-0467-BH-M
                                :
VALERIE HOWELL, et al.,         :
                                :
    Defendants.                :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for failure to prosecute and to obey the Court's order.

    **DONE** this 20th day of March, 2007.

                                                      s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE